

FILED
5/20/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RENE VAZQUEZ | CASE NUMBER: 24 CR 254<br><br>**UNDER SEAL** |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: May 20, 2024

                                                 Respectfully submitted,

                                                 MORRIS PASQUAL
                                                 Acting United States Attorney

                            By:   */s/ Kirsten Moran*
                                                 Kirsten Moran
                                                 Assistant United States Attorney
                                                 219 S. Dearborn Street, Rm. 500
                                                 Chicago, Illinois 60604
                                                 (312) 722-2291